IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JAHAUA JOSEPH,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-0669-O-BP |
| § | |
| **VANDERGRIFF CHEVROLET,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 11. Plaintiff filed an objection. *See* ECF No. 12. The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court concludes that the Findings, Conclusions, and Recommendation in this case (ECF No. 11) should be and are hereby **ACCEPTED**, and Plaintiff's objection is hereby **OVERRULED**.[1]

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** unless Plaintiff pays to the Clerk of the Court the filing and administrative fees of $405.00 within seven (7) days after the date of this Order or cures the defects identified by the United States Magistrate Judge in his motion for leave to proceed in forma pauperis.

**SO ORDERED** on this **20th day** of **August, 2025**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has filed numerous cases in this District and has provided conflicting information on various applications to proceed in forma pauperis. *See* Order, ECF No. 11, *Joseph v. Texas Health and Human Services*, No. 4:25-cv-00668-P-BJ (N.D. Tex. Aug. 6, 2025) ("The Court takes judicial notice of the facts that Plaintiff filed two other cases that are pending in this Court and, in them, has arguably made inconsistent statements about his available financial resources and where he resides."). Given Plaintiff's conflicting information in these other cases and failure to cure the defects identified by the United States Magistrate Judge in this action, the Court overrules Plaintiff's objection.